FILED
2023 Mar-13 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON McNAIR, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOCAR, LLC, AUTOCAR INDUSTRIES, LLC, and BIRMINGHAM ASSEMBLY OPERATIONS, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>2:21-CV-00787-AMM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brandon McNair and Defendants Autocar, LLC, Autocar Industries, LLC, and Birmingham Assembly Operations, LLC, by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the Amended Complaint by Plaintiff against Defendants, should be dismissed with prejudice, with each party to bear his or its own costs, attorneys' fees, and expenses.

Done this the 13th day of March, 2023.

50307088 v1

/s/ H. Wallace Blizzard
H. Wallace Blizzard (asb-8969-b59h)

ATTORNEY FOR PLAINTIFF BRANDON MCNAIR

OF COUNSEL:
WIGGINS, CHILDS, PANTAZIS,
FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: (205) 314-0593
wblizzard@wigginschilds.com

/s/ H. Carlton Hilson
H. Carlton Hilson (HIL072)
Matthew T. Scully (SCU005)
Cayman L. Caven (CAV010)

ATTORNEYS FOR DEFENDANTS AUTOCAR, LLC, AUTOCAR INDUSTRIES, LLC, AND BIRMINGHAM ASSEMBLY OPERATIONS, LLC

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
chilson@burr.com
mscully@burr.com
ccaven@burr.com

50307088 v1